UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PERCY BROWN                                                                              PETITIONER

v.                                                                    CIVIL ACTION NO. 3:11CV-P173-S

BELTERRA CASINO RESORT & SPA
DIRECTOR OF SECURITY                                                                    RESPONDENTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised,

**IT IS ORDERED** that this action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of subject-matter jurisdiction.

There being no just reason for delay in its entry, this is **a final Order.**

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Petitioner, *pro se*
4411.010